# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00794-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Heggins | ) | |
| Joan Clark | | |
| Cheryl Jones, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2017 Order.

March 7, 2017

_____
Frank G. Johns, Clerk
United States District Court